DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAD COMMERCIAL, LLC,** as assignee of **KATZMAN GARFINKEL, P.A.,**
Appellant,

v.

**COBBLESTONE AT PEMBROKE HOMEOWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D22-1454

[January 19, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John Hurley, Judge; CONO19-009548.

Keith J. Lambdin, Erik J. Willman, and Sarah E. Lam of Agnant & Lambdin, LLC, Fort Lauderdale, for appellant.

Carlos A. Triay, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***